SEPTEMBER 14, 1951

**No. 55892.**—Moosalina Products Corp. *v.* United States, protest 170466–K.—

Plaintiff's application for rehearing granted.

SEPTEMBER 20, 1951

**No. 55893.**—Coughlin Mfg. Co. *v.* United States, protests 141014–K and 141015–K.—C. D. 1345. Motion of Government for rehearing denied by order of Chief Judge OLIVER and Judge COLE.—Judge MOLLISON dissented.

**No. 55894.**—Gillette Safety Razor Co. *v.* United States, protest 148565–K.—C. D. 1346. Motion of Government for rehearing denied by order of Chief Judge OLIVER and Judge COLE.—Judge MOLLISON dissented.

BEFORE THE FIRST DIVISION, SEPTEMBER 25, 1951

**No. 55895.**—James L. Orr et al. *v.* United States, protests 116073–K, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pikake shells similar in all material respects to those the subject of Abstract 55389, the claim for free entry under paragraph 1738 was sustained.